UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES HEFLEBOWER, | CASE NO. CV F 13-1121 LJO MJS |
| Plaintiff, | **ORDER TO DENY IN FORMA PAUPERIS** (Doc. 16.) |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Plaintiff filed a September 3, 2013 request to proceed in forma pauperis in his appeal to the Ninth Circuit Court of Appeals. Plaintiff's appeal divests this Court of jurisdiction. *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772 (9th Cir. 1986). As such, this Court is unable to grant plaintiff in forma pauperis status and directs plaintiff to seek such relief from the Ninth Circuit Court of Appeals. Moreover, plaintiff makes no attempt to demonstrate that he qualifies for in forma pauperis status, especially given that he paid this Court's filing fee.

IT IS SO ORDERED.

Dated:   **September 26, 2013**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1